

**ORDERED in the Southern District of Florida on September 1, 2022.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

Chapter   11
Case No. 22-16165 RAM

**Florida Keys Ambulance Service, Inc.**.
     Debtor

_____/

**ORDER GRANTING MOTION TO DISMISS CASE WITH PREJUDICE,
SHORTENING NOTICE PURSUANT TO BANKRUPTCY RULES 2002 AND 9006
AND DENYING ALL OTHER PENDING MOTIONS AS MOOT**

This matter came to be heard on September 1, 2022, on consideration on the United States Trustee's Expedited Motion Dismiss Case ("Expedited Motion") (ECF 21). The Court, having found that Notice of the Hearing (ECF 22) having been provided (ECF 23 and 24),

considering the Debtor's Consent (ECF 26) to the Expedited Motion and hearing the comments of counsel for the United States Trustee, and counsel for the Debtor, and after taking specific judicial notice of the entire contents of the Court file, and for the reasons stated on the record which are incorporated herein, it is:

**ORDERED** that United States Trustee's Motion to Dismiss Case is Granted, and this chapter 11 case is dismissed with prejudice to the filing of a petition under any chapter of the Bankruptcy Code for a period of six (6) months from the date of this Order, and it is further

**ORDERED** that the Debtor, shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and shall simultaneously file and provide to the United States Trustee appropriate operating reports indicating the cash receipts and disbursements for the relevant periods since the period reported on the last debtor-in- possession report filed by the Debtor, and it is further

**ORDERED** that the Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order, and it is further

**ORDERED** that all other pending motions including the Emergency Motion to Maintain Prepetition Bank Accounts (ECF 11) and Application to Employ Chad Van Horn, Esq.; Van Horn Law Group, P.A. and its Regular Associates as Counsel for Debtor Effective as of August 10, 2022 (ECF 12) are Denied as Moot, and it is further

**ORDERED** that Notice of the Hearing on the Motion is shortened for cause pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure, and it is further

**ORDERED** that the Court shall retain jurisdiction to enforce the provisions of this Order; and it is further

###

Submitted by:
Steven D. Schneiderman
Office of the United States Trustee
51 SW First Ave. Suite 1204 Miami,
Florida 33130